| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION         *E-FILED - 8/2/06*

DAI HUANG, )
and his wife YING MA, ) No. C 06-3152 RMW
 )
          Plaintiffs, )
 )
     v. ) **STIPULATION TO DISMISS; AND**
 ) **ORDER**
ALBERTO GONZALES, Attorney General )
of the United States; MICHAEL CHERTOFF, )
Secretary of the Department of Homeland )
Security; EDUARDO AGUIRRE, Director )
of United States Citizenship and Immigration )
Services; ROBERT MUELLER, Director of )
Federal Bureau of Investigation; CHRISTINA )
POULOS, Acting Director of the California )
Service Center, )
 )
          Defendants. )
_____ )

   Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because the agency has adjudicated Plaintiff's adjustment of status application (Form I-485).

   Each of the parties shall bear their own costs and fees.

///

///

Stip. to Dismiss
C06-3152 RMW

| | | |
|---|---|---|
| 1 | Dated: July 25, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: July 25, 2006              /s/
TRICIA WANG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 8/2/06              /s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

Stip. to Dismiss
C06-3152 RMW                                2